IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

-v-                                      07-CV-6587CJS

$33,058.00 IN UNITED STATES CURRENCY,
and THE MONIES AND CONTENTS OF M&T BANK
ACCOUNT #88951566716 IN THE NAME OF
ZINA KHAZRI AND BOUBAKER SOUISSI AND
IN THE APPROXIMATE AMOUNT OF $6,053.27

        Defendant.

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

The plaintiff, the United States of America, has moved for a Default Judgment pursuant to Federal Rules of Civil Procedure 55(b)(2), and for an Order of Forfeiture. After reviewing the affidavit of Special Assistant United States Attorney Kathryn L. Smith dated September 2, 2008, and, it appearing that no claimant has timely filed a Verified Claim and Answer in this action, as required by the Summons that was served upon them, as provided by Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions and Title 18, United States Code, Section 983(a)(4)(A) and, it appearing that an Entry of Default against the defendant currency has been entered in this action by the Clerk of the Court, and that the plaintiff is entitled to have a Judgment by Default entered, it is hereby

**ORDERED**, that a Default Judgment be entered against the defendant currency; and it is further

**ORDERED**, that the defendant $33,058.00 in United States Currency, and the monies and contents of M&T Bank account #88951566716 in the name of Zina Khazri and Boubaker Souissi and in the approximate amount of $6,053.27 is to be forfeited to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C) and that the defendant currency shall be disposed of by the United States Marshals Service or any other authorized law enforcement officer according to law; and it is further

**ORDERED**, that any claims to the defendant currency are hereby forever barred; and it is further

**ORDERED**, that this action be and is hereby dismissed.

Dated: September __19__, 2008, at Rochester, New York.

_____
HONORABLE CHARLES J. SIRAGUSA
UNITED STATES DISTRICT JUDGE